1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
GREGORY L. PECK,              ) NO. SA CV 14-1218-JAK(E)
                              )
          Plaintiff,          )
                              )
     v.                       )   ORDER ACCEPTING FINDINGS,
                              )
OFFICER BENDER, et al.,       )   CONCLUSIONS AND RECOMMENDATIONS
                              )
          Defendants.         )   OF UNITED STATES MAGISTRATE JUDGE
_____)
```

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. No objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order and the Judgment of this date on Plaintiff and Defendants.

4    DATED: January 8, 2015.

                                    _____
                                         JOHN A. KRONSTADT
                                    UNITED STATES DISTRICT JUDGE