**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GREGORY L. PECK, | ) | NO. SA CV 14-1218-JAK(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| OFFICER BENDER, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: January 8, 2015.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE